UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                                        CASE NO. 1:21-cr-215

v.

                                        HON. ROBERT J. JONKER

JACOBI SHELTON WASHINGTON,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION


      The Court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action. The Report and Recommendation was duly served on the parties,

and no objection has been made thereto within the time required by law. Based on this, and on the

Court's review of all matters of record, including the audio transcript of the plea proceedings, **IT**

**IS ORDERED** that:

1.      The Report and Recommendation of the Magistrate Judge (ECF No. 27) is approved

      and adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge

      set forth in Counts 2 and 3 of the Indictment.

3.      The written plea agreement is hereby continued under advisement pending sentencing.

4.      Defendant shall remain detained pending sentencing on July 11, 2022.


Dated:   __April 15, 2022___       /s/ Robert J. Jonker_____

                                      ROBERT J. JONKER
                                      CHIEF UNITED STATES DISTRICT JUDGE